AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Marianne Wayland <br> *Plaintiff* <br> v. <br> OSF Healthcare System. <br> *Defendant* | Civil Action No.  20-cv-1337 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** The Plaintiff, Marianne Wayland, recovers nothing from the Defendant, OSF Healthcare System.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☒ **decided by Judge** Jonathan E. Hawley on a motion for Summary Judgment.

Date: 02/28/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

2/28/2023